# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**FRANK WATERS,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION,
AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,**
Appellee.

No. 4D22-1068

[May 11, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard L. Oftedal, Senior Judge; L.T. Case No. 50-2019-CA-015770-XXXX-MB.

Garrett Kesl of The Ticktin Law Group, Deerfield Beach, for appellant.

Adam A. Diaz of Diaz Anselmo & Associates, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., ,concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***